UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| RUCHELL CINQUE MAGEE,<br><br>    Petitioner,<br><br>  v.<br><br>J. SOTO,<br><br>    Respondent. | Case No.  15-cv-3289-TEH<br><br>ORDER OF TRANSFER |

    This is a habeas case filed pro se by a state prisoner.  He seeks review of a denial of parole by the Board of Parole Hearings.  He was convicted in the Superior Court of Santa Clara County, which is in this district.  However, his parole denial occurred at a hearing at California State Prison Los Angeles County, where he is still housed, which is in the Central District of California.

    Venue is proper in a habeas action in either the district of confinement or the district of conviction, 28 U.S.C. § 2241(d); however, the district of confinement is the preferable forum to review the execution of a sentence.  Habeas L.R. 2254-3(a); <u>Dunne v. Henman</u>, 875 F.2d 244, 249 (9th Cir. 1989).  Because Petitioner's challenge goes to the execution of his sentence, this petition is transferred to the United States District Court

1   for the Central District of California.  See 28 U.S.C. § 1404(a);
2   Habeas L.R. 2254-3(b).
3       IT IS SO ORDERED.
4   Dated: 07/27/2015

                                                                                THELTON E. HENDERSON
                                                                                United States District Judge

G:\PRO-SE\TEH\HC.15\Magee3289.trn.docx

United States District Court
Northern District of California