UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 15-5749 AB (FFM) | Date | August 25, 2015 |
|---|---|---|---|
| Title | RUCHELL CINQUE MAGEE v. J. SOTO, WARDEN | | |

| Present: The Honorable | Frederick F. Mumm, United States Magistrate Judge | |
|---|---|---|
| James Munoz | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Petitioner: | | Attorneys Present for Respondent: |
| None Present | | None Present |

**Proceedings:**     (IN CHAMBERS) ORDER TO SHOW CAUSE

On July 15, 2015, petitioner Ruchell Cinque Magee filed with this Court a Petition for Writ of Habeas Corpus. On August 7, 2015, this Court entered an Order Requiring Return to Petition for Writ of Habeas Corpus. Petitioner's service copy of that order has since been returned to the Court as "refused." Also on August 7, 2015, this Court entered an order regarding petitioner's request to proceed *in forma pauperis*. Petitioner's service copy of that order has also been returned to the Court as "refused."

Petitioner's refusal to accept mail from the Court makes it impossible for the case to proceed. Under these circumstances, petitioner is ordered to show cause within twenty (20) days of the date of this order why this action should not be dismissed for his failure to prosecute.

Failure to file a timely response to this order will be deemed consent to the dismissal of this action.

_____ : _____
Initials of Preparer     JM